| | |
|---|---|
| ALEXANDER M. SHUKH, | Civil No. 10-0404 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| SEAGATE TECHNOLOGY, LLC, SEAGATE TECHNOLOGY, INC., SEAGATE TECHNOLOGY, AND UNKNOWN OWNERS AND ASSIGNEES, | |
| Defendants. | |

_____

Constantine Gekas, John Gekas, **GEKAS LAW, LLP**, 11 South LaSalle Street, Suite 1700, Chicago, IL 60603; James Kaster, Katherine Manuel, and Sarah Steenhoek, **NICHOLS KASTER, PLLP**, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402, for plaintiff.

Calvin Litsey, Chad Drown, Charles Knapp, and David Gross, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the Parties' Stipulation regarding Dismissal Without Prejudice of First Claim for Relief-Declaratory Judgment Unenforceability of Arbitration Agreement, filed on September 9, 2010 [Docket No. 39].

**IT IS HEREBY ORDERED** that pursuant to the Stipulation, Plaintiff's first claim for relief is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 13, 2010
at Minneapolis, Minnesota.

                                                                   s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                              United States District Judge