<pre>
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
</pre>

| | |
|---|---|
| ALEXANDER M. SHUKH, | Civil No. 10-0404 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| SEAGATE TECHNOLOGY, LLC, SEAGATE TECHNOLOGY, INC., SEAGATE TECHNOLOGY, AND UNKNOWN OWNERS AND ASSIGNEES, | |
| Defendants. | |

Constantine Gekas, John Gekas, **GEKAS LAW, LLP**, 11 South LaSalle Street, Suite 1700, Chicago, IL 60603; James Kaster, Katherine Manuel, and Sarah Steenhoek, **NICHOLS KASTER, PLLP**, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402, for plaintiff.

Calvin Litsey, Chad Drown, Charles Knapp, and David Gross, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for defendants.

This matter is before the Court on Plaintiff's Motion for Leave to File Documents under Seal regarding his Memorandum and Exhibits in Support of his Motion for Partial Summary Judgment on His Second Claim for Relief for Correction of Inventorship Regarding Patent No. US 7,684,150 ("Recording Head for Reducing Side Track Erasure") ("'150 Patent"), and Exhibits thereto.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion to Seal [Docket No. 72] is **GRANTED** and Clerk shall file the tendered documents under seal.

DATED: October 13, 2010  
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim  
                                                      JOHN R. TUNHEIM  
                                                    United States District Judge