# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALEXANDER M. SHUKH**,<br><br>Plaintiff,<br><br>vs.<br><br>**SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY, INC., SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY PLC, and UNKNOWN OWNERS AND ASSIGNEES,**<br><br>Defendants. | Civil No. 10-CV-404 (JRT/JJK)<br><br>**DECLARATION OF ELIZABETH COWAN WRIGHT IN SUPPORT OF SEAGATE'S MOTION FOR PROTECTIVE ORDER** |
| **SEAGATE TECHNOLOGY LLC and SEAGATE TECHNOLOGY**,<br><br>Counterclaimants,<br><br>vs.<br><br>**ALEXANDER M. SHUKH**<br><br>Counterclaim Defendant. | |

I, Elizabeth Cowan Wright, declare as follows:

1. I am an attorney at Faegre Baker Daniels LLP in Minneapolis, Minnesota. I am one of the lawyers representing Seagate in connection with the above-captioned action. This declaration is made on my personal knowledge and belief.

2. I have attached to this declaration a true and correct copy of the following documents:

1

**EXHIBIT A**: Excerpts from transcript of the pretrial conference held on June 27, 2011.

**EXHIBIT B**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to IBM, dated December 17, 2012.

**EXHIBIT C**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to Intematix Corporation, dated December 18, 2012.

**EXHIBIT D**: Plaintiff/Counter-Defendant Alexander M. Shukh's Amended Subpoena to IBM, dated December 19, 2012.

**EXHIBIT E**: Plaintiff/Counter-Defendant Alexander M. Shukh's Request for Production to Seagate, dated January 4, 2013.

**EXHIBIT F**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to the American Arbitration Association, dated January 7, 2013.

**EXHIBIT G**: Plaintiff/Counter-Defendant Alexander Shukh's Subpoena to International Association of Rehabilitation Professionals, dated December 21, 2012.

**EXHIBIT H**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to Sedey Harper, P.C., dated December 28, 2012.

**EXHIBIT I**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to the College of St. Benedict, dated January 2, 2013.

**EXHIBIT J**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to Southern Illinois University, dated January 2, 2013.

3

**EXHIBIT K**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to the University of St. Thomas, dated January 2, 2013.

**EXHIBIT L**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to the College of St. Benedict, dated January 3, 2013.

**EXHIBIT M**: Plaintiff/Counter-Defendant Alexander M. Shukh's Subpoena to the University of St. Thomas, dated January 3, 2013.

**EXHIBIT N**: Seagate's Objections to Plaintiff/Counter-Defendant Alexander M. Shukh's January 4, 2013 Request for Production to Seagate, dated January 7, 2013.

**EXHIBIT O**: January 10, 2013 email from counsel for Plaintiff/Counter-Defendant Alexander M. Shukh to counsel for Seagate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 10, 2013

*s/ Elizabeth Cowan Wright*
Elizabeth Cowan Wright