# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **ALEXANDER M. SHUKH**,<br><br>Plaintiff,<br><br>vs.<br><br>**SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY, INC., SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY PLC, and UNKNOWN OWNERS AND ASSIGNEES,**<br><br>Defendants. | Civil No. 10-CV-404 (JRT/JJK)<br><br>**DECLARATION OF ELIZABETH COWAN WRIGHT IN SUPPORT OF SEAGATE'S MOTION TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF DR. HENRY LAHMEYER** |
| **SEAGATE TECHNOLOGY LLC and SEAGATE TECHNOLOGY**,<br><br>Counterclaimants,<br><br>vs.<br><br>**ALEXANDER M. SHUKH**<br><br>Counterclaim Defendant. | |

I, Elizabeth Cowan Wright, declare as follows:

1.  I am an attorney at Faegre Baker Daniels LLP in Minneapolis, Minnesota. I am one of the lawyers representing Seagate Technology and Seagate Technology, LLC in connection with the above action. This declaration is made on my personal knowledge and belief.

2

      2.      Attached as **Exhibit 1** to my declaration and **FILED UNDER SEAL** is a true and correct copy of the Expert Report of Dr. Henry Lahmeyer dated September 17, 2012

      3.      Attached as **Exhibit 2** to my declaration and **FILED UNDER SEAL** is a true and correct copy of the deposition transcript of Dr. Henry Lahmeyer, with exhibits, that was taken on January 15, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 29, 2013.

                                                    */s/ Elizabeth Cowan Wright*
                                                    Elizabeth Cowan Wright